**Brandon C. PAYNE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 100854

Missouri Court of Appeals
Eastern District
DIVISION TWO

FILED: November 12, 2014

Amy Elizabeth Lowe, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Evan Joseph Buchheim, Assistant Attorney General, 221 West High Street, P.O. Box 899, Jefferson City, MO 65102, Attorneys for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Brandon C. Payne appeals from the motion court's Findings of Fact, Conclusions of Law, and Order denying, without an evidentiary hearing, his amended Rule 24.035 Motion to Vacate, Set Aside, or Correct Judgment and Sentence and Request for Evidentiary Hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We

have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).